

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CASE NO. 16-CV-03127-MJW

---

Petitioner: Mellisa Umphenour, an individual, on her own behalf, and on behalf of LH, her minor child,

Defendant: BRUSTO PROPERTIES, LLC,

---

The undersigned affiant, being first duly sworn, upon my oath deposes and says: that I am over the age of 18 years and not interested in or a party to the above captioned action, that on January 13, 2017, I served the following pleadings in the above captioned action on the Defendant: Brusto Properties, LLC,

Summons In A Civil Action,
Complaint

by personally handing to and leaving a copy of each of the said pleadings with Robert Brusto, authorized to accept service for Brusto Properties, a true and correct copy thereof, at 3636 Vale View Lane, Mead, CO at 3:10p.m.

Francie Wright
Chris Wright & Associates, LLC