**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 16-cv-03127-MJW

Melissa Umphenour, an individual, on her own behalf and on behalf of LH, her minor child,

    Plaintiffs,

v.

Brusto Properties, LLC,

    Defendant.

---

**DEFENDANT'S MOTION TO RESET SCHEDULING/PLANNING CONFERENCE
CURRENTLY SET FOR FEBRUARY 28, 2017**

---

    Defendant Brusto Properties, LLC ("Brusto") comes now, through and by counsel Aimee M. Bove, and respectfully requests that the Court reset the Scheduling/Planning Conference currently set for February 28, 2017, and in support of the same Defendant states the following:

    **RULE 121 Certification:** Undersigned attempted to confer with Plaintiff's counsel by email on February 21, 2017. Undersigned's associate also attempted to reach Plaintiff's counsel by phone. As of this filing, undersigned has not received a response and is unaware of Defendant's position on the relief requested.

    1.    The parties have been engaged in productive settlement discussions and are waiting on signatures to finalize a settlement agreement.

    2.    As allowed by Defendant's previous motions for extensions of time to answer and this Court's Orders granting those motions, Defendant has not filed a responsive pleading.

    3.    Due to the imminence of settlement and the early stage of this litigation, the preparation of a Proposed Scheduling Order would not be a judicious use of client resources, and the Scheduling/Planning Conference would be premature in light of the circumstances.

    4.    No party will be prejudiced by the relief requested herein.

     5.     A proposed Order is attached hereto for the Court's convenience.

WHEREFORE, for the above reasons, Defendant respectfully requests that the Court reset the Scheduling/Planning Conference currently set for February 28, 2017.

Respectfully submitted this 21st day of February, 2017.

By: */s/ Aimee M. Bove*
Aimee M. Bove, #36915
BKN Murray LLP
6795 E. Tennessee Ave, Ste. 330
Denver, Colorado 80224
Phone: (303) 758-5100
Fax: (303) 758-5055
Email: above@bknmurray.com
*ATTORNEY FOR DEFENDANT BRUSTO PROPERTIES, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of February, 2017, a true and correct copy of the foregoing **DEFENDANT'S MOTION TO RESET SCHEDULING/PLANNING CONFERENCE CURRENTLY SET FOR FEBRUARY 28, 2017** was served via ECF/PACER on all parties of record, as follows:

James R. Carr
ADA Justice Advocates
4800 Baseline Road, Suite E104-289
Boulder, CO  80303

/s/*Lily E. Nierenberg*
BKN Murray LLP