IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-03127-MJW

MELLISA UMPHENOUR, an individual, on her own behalf, and on behalf of LH, her minor child,

Plaintiff,

v.

BRUSTO PROPERTIES LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Motion to Reset Scheduling/Planning Conference Set for February 28, 2017 (Docket No. 18) is DENIED. First, the Court is not convinced that Defendant satisfied its duty to meaningfully confer with Plaintiff pursuant to D.C.COLO.LCivR 7.1(a) as the attempted conferral took place on the same day as the filing of the motion. Second, the motion refers to the fact that the parties are engaged in settlement negotiations as justification for resetting the Scheduling Conference. However, this fact alone does not constitute good cause for granting a continuance. The Court reminds the parties that they are free to file a notice of settlement at any time. Finally, an Answer need not be filed before a Scheduling Conference is held. The Scheduling Conference remains set on February 28, 2017, at 10:30 a.m.

Date: February 23, 2017