# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 16-cv-03127-MJW

Melissa Umphenour, an individual, on her own behalf and on behalf of LH, her minor child,

Plaintiffs,

v.

Brusto Properties LLC,

Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Melissa Umphenour and LH, by and through counsel ADA Justice Advocates, and Defendant Brusto Properties LLC, by and through counsel BKN Murray LLP, respectfully submit this Notice of Settlement pursuant to D.C. COLO.L Civ. R. 40.2, and inform the Court as follows:

1. The Parties reached an agreement to resolve all claims in this matter and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff anticipates filing a Stipulated Notice of Dismissal with Prejudice within fourteen (14) days of this Notice.

3. Accordingly, Defendant will not be filing an Answer in this case and the Parties will not be filing a Proposed Scheduling Order. The Parties respectfully request that the Court vacate the Scheduling Conference set for Tuesday, February 28, 2017.

Respectfully submitted this 24th day of February, 2017.

By: /s/James R. Carr
James R. Carr
ADA Justice Advocates
4800 Baseline Rd., Suite E104-289
Boulder, CO 80303
Phone: 303-963-9840
Email: jcarr@adajustice.com
*Attorney for Plaintiffs Melissa Umphenour, an individual, on her own behalf and on behalf of LH*

By: /s/ Aimee M. Bove
Aimee M. Bove, #36915
BKN Murray LLP
6795 E. Tennessee Ave, Ste. 330
Denver, Colorado 80224
Phone: (303) 758-5100
Fax: (303) 758-5055
Email: above@bknmurray.com
*Attorney for Defendant Brusto Properties LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 24th day of February, 2017, a true and correct copy of the foregoing **JOINT NOTICE OF SETTLEMENT** was filed and served via ECF/PACER on all parties of record, as follows:

James R. Carr
ADA Justice Advocates
4800 Baseline Road, Suite E104-289
Boulder, CO  80303

/s/*Ilene Dell'Acqua*
BKN Murray LLP