IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-03127-MJW

MELLISA UMPHENOUR, an individual, on her own behalf, and on behalf of LH, her minor child,

Plaintiff,

v.

BRUSTO PROPERTIES LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In light of the Notice of Settlement (Docket No. 20), it is hereby ORDERED that Scheduling Conference set for February 28, 2017 at 10:30 a.m. is VACATED.  The parties shall submit their dismissal papers on or before March 10, 2017.

Date: February 27, 2017