IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-03127-MJW

MELLISA UMPHENOUR, an individual, on her own behalf and on behalf of LH, her minor child,

Plaintiffs,

v.

BRUSTO PROPERTIES, LLC,

Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

Plaintiffs, by and through their undersigned counsel, give notice that this action is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully Submitted this 7th day of March, 2017.

s/ James R. Carr
James R. Carr
ADA Justice Advocates
4800 Baseline Road, Suite E104-289
Boulder, Colorado 80303
Telephone: (303) 963-9840
E-mail: jcarr@adajustice.com